IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Criminal No. 12-PO-00131-DLW

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. KEITH L. HARPER,**

**Defendant.**

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The parties have advised the Court that a Plea Agreement has been reached in this matter and that they would like to vacate the time set aside for a motions hearing on August 28, 2012 at 8:30 a.m. and the trial to the Court scheduled for September 11, 2012 at 8:30 a.m., therefore:

**IT IS HEREBY ORDERED** that the motions hearing scheduled for August 28, 2012 at 8:30 a.m. is **VACATED**.

**IT IS FURTHER ORDERED** that the trial the Court is **VACATED** and the matter is **RESCHEDULED** for a Change of Plea Hearing on September 11, 2012 at 8:30 a.m.

**DATED: August 9, 2012.**

                         **BY THE COURT:**

                         **s/David L. West**
                         **United States Magistrate Judge**