IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Criminal Action No. 12-PO-00131-DLW

**UNITED STATES OF AMERICA,**

Plaintiff,

vs.

**1. KEITH L. HARPER,**

Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

      Counsel for the Defendant requested that the Change of Plea Hearing scheduled for September 11, 2012 at 8:30 a.m. be rescheduled as he has to travel to Denver for training on that date. The Government has no objection to the continuance, therefore;

      **IT IS HEREBY ORDERED** that the Change of Plea Hearing in this matter scheduled for September 11, 2012 at 8:30 a.m. is **VACATED** and **RESCHEDULED to September 12, 2012 at 9:15 a.m.** before the United States District Court, 103 Sheppard Drive, Room 235, Durango, Colorado 81303.

**DATED: August 23, 2012**

                                            **BY THE COURT:**

                                            **s/David L. West**
                                            **United States Magistrate Judge**