IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Criminal Action No. 12-PO-00131-DLW

**UNITED STATES OF AMERICA,**

Plaintiff,

vs.

**1. KEITH HARPER,**

Defendant.

---

# MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

     Defense counsel filed a Motion to Continue the Sentencing in this matter which is scheduled for October 23, 2012. Counsel for the Government has no objection, therefore;

     **IT IS HEREBY ORDERED** that the Sentencing scheduled for October 23, 2012 at 3:00 p.m. is **VACATED** and this matter is **RESCHEDULED for Sentencing on October 31, 2012 at 9:00 a.m.** before the United States District Court, 103 Sheppard Drive, Room 235, Durango, Colorado 81303.

**DATED: October 9, 2012**

                                              **BY THE COURT:**

                                              **s/David L. West**
                                              **United States Magistrate Judge**