**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No. 12-PO-00131-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. KEITH L. HARPER,**

**Defendant.**

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

At the request of counsel for the Defendant,

**IT IS HEREBY ORDERED** that the hearing scheduled for Further Proceedings on October 21, 2013 at 3:00 p.m. is **VACATED and RESCHEDULED for October 29, 2013 at 9:00 a.m.**

**DATED: October 22, 2013.**

                                          **BY THE COURT:**

                                          **s/David L. West**
                                          **United States Magistrate Judge**